UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| SAMSON OSIME,<br><br>  Plaintiff,<br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>  Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:23-cv-00010<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

DATED this 17th day of July, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge